UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| In the matter of: | Case No. 08-60430-WS |
|---|---|
| William Maxwell Mazer and | |
| Coleen Brannon Mazer, | Chapter 7 |
| | Judge Walter Shapero |

NOTICE TO THE CLERK OF SMALL DIVIDENDS (LESS THAN $5)
AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in amount of $3.15 represents the total sum of unclaimed and small dividends in the estate and is paid to the court pursuant to 11 U.S.C Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed and small dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | 1 | $2.41 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba BANANA REPUBLIC VISA CARD<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | 8 | $0.74 |
| | Total | $3.15 |

Date: October 11, 2011           /s/ Mark H. Shapiro, Trustee
                                 25925 Telegraph Road
                                 Suite 203
                                 Southfield, MI 48033
                                 (248) 352-4700